**Hugh STEVENSON and Hugh Stevenson as Executor of the Estate of Charles H. Stevenson, 2071 Collingwood, Detroit, Michigan, Appellant, v. Tighe E. WOODS, Housing Expediter, Office of the Housing Expediter, Appellee.**

No. 10887.

United States Court of Appeals
Sixth Circuit.

June 16, 1949.

J. A. Gilray, Detroit, Mich., and Miller, Canfield, Paddock & Stone, Detroit, Mich., for appellants.

Louise McCarthy, Washington, D. C., and Paul Marshall, Cleveland, Ohio, for appellees.

Before SIMONS, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the argument of counsel, and it appearing that the findings of fact of the district judge are supported by substantial evidence and are not clearly erroneous, and that there was no error in the conclusions of law based thereon, now, therefore, it is hereby ordered, adjudged, and decreed that the judgment of the district court be and is hereby affirmed.

**Lewis SANDERS, Appellant, v. UNITED STATES of America, Appellee.**

No. 10833.

United States Court of Appeals
Sixth Circuit.

June 3, 1949.

John Y. Brown, Lexington, Ky., for appellant.

Claude P. Stephens, Lexington, Ky., for appellee.

Before HICKS, Chief Judge, and SIMONS and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, briefs and argument of counsel; and it appearing to the court that there is no reversible error upon the record, it is therefore ordered and adjudged that the judgment entered in the District Court on December 1, 1948, and herein appealed from, be and the same is in all things affirmed.